**FIRE–TROL HOLDING, LLC,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee,**

and

**Hunot Retardant Co. and Astaris LLC, Defendants–Appellees.**

No. 04–5121.

United States Court of Appeals, Federal Circuit.

DECIDED: March 14, 2005.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.